McGREGOR W. SCOTT
United States Attorney
CHRISTINA McCALL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRYAN PAUL TAMBLYN,

Defendant.

CASE NO. 2:20-CR-0014 KJM

VIOLATION: 18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography; 18 U.S.C. § 2253(a) - Criminal Forfeiture

INDICTMENT

The Grand Jury charges: T H A T

BRYAN PAUL TAMBLYN,

defendant herein, between on or about July 4, 2018, and continuing through on or about August 20, 2019, in the County of Sacramento, State and Eastern District of California, did knowingly and intentionally receive one or more visual depictions, using a means and facility of interstate commerce and which was mailed, shipped, and transported in and affecting interstate commerce, by any means including by computer, and where the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct as defined in Title 18, United States Code, Section 2256(2), to wit: BRYAN PAUL TAMBLYN used a BitTorrent client, the internet, a NZXT personal computer and various computer storage drives to receive videos and still images depicting minors engaging in sexually explicit conduct, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

INDICTMENT

1

FORFEITURE ALLEGATION: [18 U.S.C. § 2253(a) - Criminal Forfeiture]

1. Upon conviction of the offense alleged in this Indictment, defendant BRYAN PAUL TAMBLYN shall forfeit to the United States pursuant to 18 U.S.C. § 2253(a), any and all matter which contains visual depictions produced, transported, mailed, shipped or received in violation thereof; any property, real or personal, constituting or traceable to gross profits or other proceeds the defendant obtained as a result of said violation; and any property, real or personal, used or intended to be used to commit and to promote the commission of such violation, or any property traceable to such property, including but not limited to:

   a. a Western Digital My Passport 2TB external hard drive with serial number WX71A9275322;
   b. a black NZXT tower personal computer;
   c. a Professional 240 GB Solid State Drive serial number 18071924002362; and
   d. a Seagate BarraCuda 4TB hard disc drive with serial number ZC1AP6Q9.

2. If any property subject to forfeiture as a result of the offense alleged in this Indictment, for which defendant is convicted:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ **Signature on file w/AUSA**
FOREPERSON

*[signature]*

McGREGOR W. SCOTT
United States Attorney

INDICTMENT                                   2

No. _ _ _ _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA
*vs.*

BRYAN PAUL TAMBLYN,

## I N D I C T M E N T

**VIOLATION(S):**   18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography;
18 U.S.C. § 2253(a) – Criminal Forfeiture

*A true bill,*

**/s/ Signature on file w/AUSA**
-----------------------------------------
*Foreman.*

*Filed in open court this* _ _ _ _ _ _ *16* _ _ _ _ _ _ *day*

*of* _ _ JANUARY _ _ _ _ , A.D. 20 _20_

_____
*Clerk.*

*Bail, $* _ _ _ _ _ _ _ _ _ _ **NO BAIL WARRANT**

GPO 863 525

## United States v. Bryan Paul Tamblyn
### Penalties for Indictment

**Defendant**
Bryan Paul Tamblyn

**COUNT 1:**     Bryan Paul Tamblyn

VIOLATION:     18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography

PENALTIES:     Maximum 20 years of imprisonment
Mandatory minimum 5 years of imprisonment
Maximum $250,000 fine
Minimum 5 years of supervised release (18 U.S.C. § 3583(k))
Maximum lifetime supervised release (18 U.S.C. § 3583(k))
Mandatory $5,100 special assessment (18 U.S.C. §§ 3013, 3014)

**FORFEITURE ALLEGATION:**

VIOLATION:     18 U.S.C. § 2253(a) - Criminal Forfeiture

PENALTIES:     As stated in the charging document